UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOJO INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 1:22-cv-06727-PKC <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, John Salvatore Cipolla, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, GOJO Industries, Inc., in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  September 9, 2022            Respectfully submitted,

     *s/John S. Cipolla*
JOHN S. CIPOLLA (OH #0043614)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio  44114-1607
Telephone: 216-622-8808
Fax:  216-241-0816
*jcipolla@calfee.com*

Attorney for Defendant GOJO Industries, Inc.