UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOJO INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 1:22-cv-06727-PKC <br><br> AFFIDAVIT OF JOHN S. CIPOLLA IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE |

I, JOHN S. CIPOLLA, hereby declare as follows:

1. I am a member of the law firm of Calfee, Halter & Griswold LLP, counsel to Defendant GOJO Industries, Inc. in the above-captioned matter. My current office address is The Calfee Building, 1405 East Sixth Street, Cleveland, Ohio 44114-1607.

2. I submit this Affidavit in support of the Motion for Admission Pro Hac Vice of John S. Cipolla in connection with the above-captioned matter.

3. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. There are no pending disciplinary proceedings against me in any state or federal court.

4. I am currently a member in good standing of the bar of the State of Ohio, as shown in the Certificate of Good Standing annexed hereto as Exhibit A.

5. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
John S. Cipolla

SWORN TO BEFORE ME and subscribed in my presence this  9th  day of September, 2022.

_____
NOTARY PUBLIC

[Notary seal: HANNAH KALMEYER, NOTARY PUBLIC, COMM. EXP. DECEMBER 07, 2025, STATE OF OHIO]

# EXHIBIT A

 # THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**John Salvatore Cipolla**
Attorney Registration No. **0043614**

was admitted to the practice of law in Ohio on November 6, 1989; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 23rd day of August, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon B. Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2022-08-23-1
Verify by email at GoodStandingRequests@sc.ohio.gov