UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOJO INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 1:22-cv-06727-PKC <br><br> [PROPOSED] ORDER GRANTING ADMISSION PRO HAC VICE |

The motion of John S. Cipolla, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of Ohio; and that his contact information is as follows (please print):

Applicant's Name: John S. Cipolla
Firm Name: Calfee, Halter & Griswold LLP
Address: 1405 East Sixth Street
City / State / Zip: Cleveland, OH 44114
Telephone / Fax: 216-622-8808 / 216-241-0816

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant, GOJO Industries, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____                    _____
                                                  United States District / Magistrate Judge