UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> GOJO INDUSTRIES, INC., <br><br> Defendant. | CASE NO. 1:22-cv-06727-PKC |

**NOTICE OF APPEARANCE OF NOAM J. KRITZER ON BEHALF OF DEFENDANT GOJO INDUSTRIES, INC.**

PLEASE TAKE NOTICE, that the undersigned counsel hereby appears on behalf of Defendant GOJO INDUSTRIES, INC. in the above-captioned action. Please note the following information for Mr. Kritzer:

Noam J. Kritzer
BAKOS & KRITZER
845 Third Avenue, Sixth Floor
New York, New York 10022
Telephone: 212-724-0770
Facsimile: 973-520-8260
Electronic Mail: nkritzer@bakoskritzer.com

Dated:  September 19, 2022                    Respectfully submitted,


                                              *s/Noam J. Kritzer*
                                              Noam J. Kritzer (#NK0993)
                                              BAKOS & KRITZER
                                              845 Third Avenue, Sixth Floor
                                              New York, New York 10022
                                              *nkritzer@bakoskritzer.com*

                                              Attorney for Defendant GOJO Industries, Inc.