

aalexander@calfee.com
216.622.8634 **Direct**

September 22, 2022

*By ECF*

The Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Calfee, Halter & Griswold LLP**
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
Calfee.com

> Initial conference is adjourned from October 13, 2022 to November 3, 2022 at 12:30 p.m. The conference will proceed telephonically. Call-in information is: Dial-In No.: 1-888-363-4749, Access Code: 3667981.
> SO ORDERED.
> Dated: 9/23/2022
>
> *P. Kevin Castel*
> United States District Judge

Re:   Case 1:22-cv-06727-PKC *UrthTech LLC et. al v. GOJO Industries, Inc.*—
      Joint Letter Motion to Reschedule Initial Pretrial Conference

Dear Judge Castel:

      Your Honor has scheduled an Initial Pretrial Conference for October 13 at 4:30 PM (ECF No. 7). Counsel for Plaintiffs UrthTech LLC and Aziz Awad (collectively, "UrthTech") and Counsel for Defendant GOJO Industries, Inc. ("GOJO") conferred via email and jointly submit this Motion, requesting to reschedule the Initial Pretrial Conference to November 3, 2022. Good cause exists for at least two reasons. First, GOJO's counsel has a previously scheduled obligation on October 13 that conflicts with the scheduled conference. Second, GOJO's response to UrthTech's Complaint is due on October 11, just two days before the currently scheduled conference. Moving the Initial Pretrial Conference to November 3 will provide this Court a reasonable amount of time to consider GOJO's responsive pleading, which may be a motion to dismiss under Rule 12, before the Initial Pretrial Conference. In addition, moving the Initial Pretrial Conference to November 3 will give the parties until October 13 to hold their first Rule 26(f) conference, which date the parties have also agreed to, and would allow the parties to consider GOJO's response, as required under Fed. R. Civ. P. 26(f) ("In conferring, the parties must consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case[.]"). Rescheduling the Initial Pretrial Conference to November 3 will thus conserve the parties' and the Court's resources and serve judicial economy. Accordingly, the parties jointly and respectfully request that the Initial Pretrial Conference be rescheduled from October 13 to November 3, subject to the Court's availability.

    Sincerely,

*/s/ Marc Izraelewicz*                          */s/ Andrew W. Alexander*

Mark Izraelewicz                                Andrew W. Alexander
**Marshall, Gerstein & Borun LLP**              **Calfee, Halter & Griswold LLP**

*Attorney for Plaintiffs*                       *Attorney for Defendant*