# KRITZER MCPHEE LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 256 COLUMBIA TPKE, UNIT 204 | 100 CHURCH STREET, 8TH FLOOR | 501 W. BROADWAY, SUITE 800 |
| FLORHAM PARK, NJ 07932 | NEW YORK, NY 10007 | SAN DIEGO, CA 92101 |
| TELEPHONE: (973) 679-7272 | TELEPHONE: (212) 931-6580 | TELEPHONE: (619) 758-3600 |

November 6, 2023

*By ECF*
The Honorable P. Kevin Castel
United States District Court for the
Southern District of New York
United States Courthouse, Courtroom 11D
500 Pearl Street
New York, NY 10007

> Re:  *UrthTech LLC et. al v. GOJO Industries, Inc.,* **Case 1:22-cv-06727-PKC**
> **Consented Request for Extension of Time to Respond to Plaintiff's Second Amended Complaint**

Dear Judge Castel:

I write on behalf of Defendant GOJO Industries, Inc. ("GOJO") regarding the above-referenced case. There is no conference currently scheduled with the Court, and granting this request will not alter any other event or deadline set by Court order.

The deadline for GOJO to respond to the Second Amended Complaint (Dkt. 59) is presently November 10, 2023. GOJO seeks an extension of three weeks until December 1, 2023. GOJO seeks this request because its lead counsel has multiple deadlines in other cases over the next few weeks, and in light of the upcoming Thanksgiving holiday. This is GOJO's first request for an extension, and Plaintiff has stated it will not oppose this requested extension.

Thank you for your consideration of this request.

Sincerely,

/s/ *Ryan S. McPhee*
Noam Kritzer
Ryan McPhee
**KRITZER MCPHEE LLP**

John Cipolla
Andrew Alexander
**CALFEE, HALTER & GRISWOLD LLP**

c:  All counsel of record via ECF