

Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA

T: +1.312.474.6300
marshallip.com
Mark H. Izraelewicz
+1.312.474.6636
mizraelewicz@marshallip.com

November 7, 2023

**VIA CM/ECF**

Honorable P. Kevin Castel, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY

  Re: UrthTech LLC v. Gojo Industries, Inc.
    Case No. 1:22-cv-06727-PKC

Dear Judge Castel:

  We are counsel for Plaintiff UrthTech LLC in the above-referenced action. In accordance with Your Honor's Individual Practices Rule 5(B)(ii), the Court's Standing Order, 19-mc-00583, and ECF Rules & Instructions, section 6, Plaintiff hereby moves by this letter motion for an Order to seal Exhibit A of the Second Amended Complaint in this action. Exhibit A to the Second Amended Complaint is a copy of the licensing agreement at issue in this matter. The currently filed version of Exhibit A has been redacted to conceal the portions of the licensing agreement that Defendant Gojo Industries, Inc. has asserted are confidential. The unredacted version of Exhibit A is being contemporaneously filed under seal with this letter motion.

  We respectfully request that the Court allow Plaintiff to file the unredacted version of Exhibit A under seal.

           Sincerely,

           Mark H. Izraelewicz

cc: Counsel of Record

The Court will provisionally seal Ex. A to the Second Amended Complaint subjec to revisiting by the Court.
SO ORDERED.
Dated: 11/7/2023

P. Kevin Castel
United States District Judge