USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

URTHTECH LLC,

                Plaintiff,

-against-

GOJO INDUSTRIES, INC.,

                Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:22-CV-6727 (PKC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes & settlement (Doc. No. 82).  A telephonic Case Management Conference in this matter will be held on **Wednesday, August 14, 2024 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

Dated:   July 11, 2024
             New York, New York

                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge