

Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA

T: +1.312.474.6300
marshallip.com

Michael R. Weiner
312.474.9560
mweiner@marshallip.com

August 30, 2024

Via CM/ECF

Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *UrthTech LLC v. GOJO Industries, Inc.*
                Case No. 1:22-cv-06727-PKC (S.D. NY)

Dear Judge Parker:

As directed by the Court during the telephonic Case Management Conference conducted on August 14, 2024 (*see* Dkt. 83), counsel for Plaintiff UrthTech LLC and Defendant GOJO Industries, Inc. met and conferred on a revised discovery schedule and jointly submit the following proposed schedule:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Parties exchange preliminary lists of deposition witnesses and Rule 30(b)(6) topics | n/a | October 1, 2024 |
| Parties finalize deposition schedule and serve notices | n/a | October 31, 2024 |
| Close of fact discovery | September 26, 2024 | December 13, 2024 |
| Opening expert reports due | n/a | January 13, 2025 |
| Rebuttal expert reports due | n/a | February 10, 2025 |
| Expert discovery complete | November 25, 2024 | March 14, 2025 |

                                              Respectfully submitted,

By: */s/ Michael R. Weiner*                By: */s/ Andrew W. Alexander*
     Marc J. Rachman                        John Cipolla (Pro Hac Vice)

4873-7323-1014, v.1

DAVIS+GILBERT LLP
1675 Broadway
New York, NY 10019
mrachman@dglaw.com
T: (212) 468-4800

Mark H. Izraelewicz (Pro Hac Vice)
Michael R. Weiner (Pro Hac Vice)
Kelley S. Gordon (Pro Hac Vice)
Daniel Gonzalez Jr. (Pro Hac Vice)
Izabella Higson (Pro Hac Vice)
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive,
6300 Willis Tower
Chicago, IL 60606-6357
mizraelewicz@marshallip.com
mweiner@marshallip.com
kgordon@marshallip.com
dgonzalez@marshallip.com
ihigson@marshallip.com
T: (312) 474-6300

*Counsel for Plaintiff*
*UrthTech LLC*

Andrew W. Alexander (Pro Hac Vice)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: 216-622-8634
Fax: 216-241-0816
jcipolla@calfee.com
aalexander@calfee.com

Noam J. Kritzer
KRITZER MCPHEE LLP
256 Columbia Turnpike
Edison Suite, Unit 204
Florham Park, New Jersey 07932
(973) 679-7272
nkritzer@kmpatentlaw.com

Ryan S. McPhee
KRITZER MCPHEE LLP
501 W. Broadway, Suite 800
San Diego, California 92101
(619) 758-3600
rmcphee@kmpatentlaw.com

*Counsel for Defendant*
*GOJO Industries, Inc.*