```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URTHTECH LLC,

                   Plaintiff,

-against-

GOJO INDUSTRIES, INC.,

                   Defendant.

**SCHEDULING ORDER**

1:22-CV-6727 (PKC)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court adopts the updated discovery schedule proposed at ECF No. 92. Accordingly:

- Parties shall exchange preliminary lists of deposition witnesses and Rule 30(b)(6) deposition topics by October 1, 2024;
- Parties shall finalize deposition schedule and serve notices by October 31, 2024;
- Fact discovery will close on December 13, 2024;
- Initial expert reports are due by January 13, 2025;
- Rebuttal expert reports are due by February 10, 2025;
- Expert discovery will close on March 14, 2025.

A telephonic case management conference is hereby scheduled for **October 10, 2024, at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434-5269; access code 4858267. By **Tuesday, October 1, 2024**, the parties shall exchange a list of all custodians that were searched in response to document requests, and they will exchange a list of all search terms used in gathering

1

documents. In advance of the conference, the parties may submit a single joint letter, no longer than 3 pages, summarizing outstanding discovery disputes.

**SO ORDERED.**

Dated:   September 23, 2024
         New York, New York

*Katharine H Parker*
KATHARINE H. PARKER, U.S. Magistrate Judge