UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
URTHTECH LLC,

                        Plaintiff,

        -against-

GOJO INDUSTRIES, INC.,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2024

POST-CONFERENCE ORDER

1:22-CV-6727 (PKC)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed at the Case Management Conference held on October 10, 2024, the parties shall do as follows:

**By October 24, 2024**, the parties shall meet and confer on Defendant's First Set of Requests for Admissions (RFAs).

**By October 31, 2024**, the parties shall submit a joint status letter, updating the Court on their discussions regarding Defendant's First Set of RFAs.

SO ORDERED.

Dated:   October 10, 2024
         New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge