

Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA

T: +1.312.474.6300
marshallip.com

Michael R. Weiner
312.474.9560
mweiner@marshallip.com

November 26, 2024

Via CM/ECF

Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *UrthTech LLC v. GOJO Industries, Inc.*
               Case No. 1:22-cv-06727-PKC (S.D. NY)

Dear Judge Parker:

As discussed during the Case Management Conference on October 10, 2024 (*see* Dkt. 104), counsel for Plaintiff, UrthTech LLC, and Defendant, GOJO Industries, Inc., met and conferred with respect to additional ESI searching and document production. The parties agreed on additional search terms and deadlines for supplemental production. Accordingly, the parties jointly request that the Court enter the following revisions to the Court's Scheduling Order (Dkt. 98):

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Parties complete additional productions and accompanying privilege/redaction logs | n/a | December 23, 2024 |
| Parties to finalize deposition schedule and serve notices | October 31, 2024 | January 13, 2025 |
| Close of fact discovery | December 13, 2024 | March 7, 2025 |
| Opening expert reports due | January 13, 2025 | April 7, 2025 |
| Rebuttal expert reports due | February 10, 2025 | May 7, 2025 |
| Expert discovery complete | March 14, 2025 | June 6, 2025 |

Magistrate Judge Katharine H. Parker
November 26, 2024
Page 2
UrthTech v. GOJO, 1:22-cv-06727

Respectfully submitted,

By: */s/ Michael R. Weiner*
    Marc J. Rachman
    DAVIS+GILBERT LLP
    1675 Broadway
    New York, NY 10019
    mrachman@dglaw.com
    T: (212) 468-4800

    Mark H. Izraelewicz (Pro Hac Vice)
    Michael R. Weiner (Pro Hac Vice)
    Kelley S. Gordon (Pro Hac Vice)
    Daniel Gonzalez Jr. (Pro Hac Vice)
    Izabella Higson (Pro Hac Vice)
    Whitney Jenkins (Pro Hac Vice)
    MARSHALL, GERSTEIN & BORUN LLP
    233 South Wacker Drive,
    6300 Willis Tower
    Chicago, IL 60606-6357
    mizraelewicz@marshallip.com
    mweiner@marshallip.com
    kgordon@marshallip.com
    dgonzalez@marshallip.com
    ihigson@marshallip.com
    wjenkins@marshallip.com
    T: (312) 474-6300

    *Counsel for Plaintiff*
    *UrthTech LLC*

By: */s/ Andrew W. Alexander*
    John Cipolla (Pro Hac Vice)
    Andrew W. Alexander (Pro Hac Vice)
    Nicholas P. Zalany (Pro Hac Vice)
    Ryan Miller (Pro Hac Vice)
    CALFEE, HALTER & GRISWOLD LLP
    The Calfee Building
    1405 East Sixth Street
    Cleveland, Ohio 44114-1607
    Telephone: 216-622-8634
    Fax: 216-241-0816
    jcipolla@calfee.com
    aalexander@calfee.com
    nzalany@calfee.com
    rmmiller@calfee.com

    Noam J. Kritzer
    KRITZER MCPHEE LLP
    256 Columbia Turnpike
    Edison Suite, Unit 204
    Florham Park, New Jersey 07932
    (973) 679-7272
    nkritzer@kmpatentlaw.com

    Ryan S. McPhee
    KRITZER MCPHEE LLP
    501 W. Broadway, Suite 800
    San Diego, California 92101
    (619) 758-3600
    rmcphee@kmpatentlaw.com

    *Counsel for Defendant*
    *GOJO Industries, Inc.*