


DATE FILED: 11/29/2024

Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357 USA

T: +1.312.474.6300
marshallip.com

Michael R. Weiner
312.474.9560
mweiner@marshallip.com

November 26, 2024

Via CM/ECF

Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**APPLICATION GRANTED**

/s/ Katharine H. Parker     11/29/2024
Hon. Katharine H. Parker, U.S.M.J.

Re:   *UrthTech LLC v. GOJO Industries, Inc.*
      Case No. 1:22-cv-06727-PKC (S.D. NY)

Dear Judge Parker:

As discussed during the Case Management Conference on October 10, 2024 (*see* Dkt. 104), counsel for Plaintiff, UrthTech LLC, and Defendant, GOJO Industries, Inc., met and conferred with respect to additional ESI searching and document production. The parties agreed on additional search terms and deadlines for supplemental production. Accordingly, the parties jointly request that the Court enter the following revisions to the Court's Scheduling Order (Dkt. 98):

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Parties complete additional productions and accompanying privilege/redaction logs | n/a | December 23, 2024 |
| Parties to finalize deposition schedule and serve notices | October 31, 2024 | January 13, 2025 |
| Close of fact discovery | December 13, 2024 | March 7, 2025 |
| Opening expert reports due | January 13, 2025 | April 7, 2025 |
| Rebuttal expert reports due | February 10, 2025 | May 7, 2025 |
| Expert discovery complete | March 14, 2025 | June 6, 2025 |

Magistrate Judge Katharine H. Parker
November 26, 2024
Page 2
UrthTech v. GOJO, 1:22-cv-06727

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: */s/ Michael R. Weiner* | By: */s/ Andrew W. Alexander* |
| Marc J. Rachman | John Cipolla (Pro Hac Vice) |
| DAVIS+GILBERT LLP | Andrew W. Alexander (Pro Hac Vice) |
| 1675 Broadway | Nicholas P. Zalany (Pro Hac Vice) |
| New York, NY 10019 | Ryan Miller (Pro Hac Vice) |
| mrachman@dglaw.com | CALFEE, HALTER & GRISWOLD LLP |
| T: (212) 468-4800 | The Calfee Building |
|  | 1405 East Sixth Street |
| Mark H. Izraelewicz (Pro Hac Vice) | Cleveland, Ohio 44114-1607 |
| Michael R. Weiner (Pro Hac Vice) | Telephone: 216-622-8634 |
| Kelley S. Gordon (Pro Hac Vice) | Fax: 216-241-0816 |
| Daniel Gonzalez Jr. (Pro Hac Vice) | jcipolla@calfee.com |
| Izabella Higson (Pro Hac Vice) | aalexander@calfee.com |
| Whitney Jenkins (Pro Hac Vice) | nzalany@calfee.com |
| MARSHALL, GERSTEIN & BORUN LLP | rmmiller@calfee.com |
| 233 South Wacker Drive, |  |
| 6300 Willis Tower | Noam J. Kritzer |
| Chicago, IL 60606-6357 | KRITZER MCPHEE LLP |
| mizraelewicz@marshallip.com | 256 Columbia Turnpike |
| mweiner@marshallip.com | Edison Suite, Unit 204 |
| kgordon@marshallip.com | Florham Park, New Jersey 07932 |
| dgonzalez@marshallip.com | (973) 679-7272 |
| ihigson@marshallip.com | nkritzer@kmpatentlaw.com |
| wjenkins@marshallip.com |  |
| T: (312) 474-6300 | Ryan S. McPhee |
|  | KRITZER MCPHEE LLP |
| *Counsel for Plaintiff* | 501 W. Broadway, Suite 800 |
| *UrthTech LLC* | San Diego, California 92101 |
|  | (619) 758-3600 |
|  | rmcphee@kmpatentlaw.com |
|  |  |
|  | *Counsel for Defendant* |
|  | *GOJO Industries, Inc.* |