IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, | |
| Plaintiff, | Civil Action No.: 1:22-cv-06727-PKC |
| v. | District Judge P. Kevin Castel |
| GOJO INDUSTRIES, INC., | Magistrate Judge Katharine H. Parker |
| Defendant. | |

**[PROPOSED] ORDER FOR WITHDRAWAL OF ATTORNEY OF RECORD**

Davis+Gilbert LLP and Marshall Gerstein's motion for withdrawal as counsel of record for Plaintiff UrthTech LLC in the above-captioned action is granted.

IT IS HEREBY ORDERED as follows:

1. Davis+Gilbert LLP, and Marc J. Rachman, are permitted to withdraw as counsel of record for Plaintiff UrthTech LLC;

2. Marshall Gerstein, and Mark H. Izraelewicz, Michael R. Weiner, Kelley S. Gordon, Izabella Higson, Daniel Gonzalez Jr., and Whitney B.E. Jenkins are permitted to withdraw as counsel of record for Plaintiff UrthTech LLC; and

3. All deadlines in this case are stayed pending the Court's ruling on the present motion to withdraw.

/s/ P. Kevin Castel
HONORABLE P. KEVIN CASTEL
United States District Court Judge

2/10/2025