```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

URTHTECH LLC,

                        Plaintiff,

      -against-

GOJO INDUSTRIES, INC.,

                        Defendant.

**ORDER ON**
**LETTER MOTION CONCERNING**
**CONTENTION INTERROGATORIES AND**
**SCHEDULING DISCOVERY CONFERENCE**

**1:22-CV-6727 (PKC)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Fact discovery in this case closes on March 7, 2025, and expert discovery closes on June 6, 2025. On November 6, 2024, UrthTech LLC ("UrthTech") served three contention interrogatories on GoJo Industries, Inc. ("GoJo"). GoJo objected to those interrogatories on various grounds, including that they were served beyond the deadline set for service of interrogatories, and because it views the interrogatories as overbroad, burdensome, disproportionate to the needs of the case, and seeking irrelevant information.

      On December 17, 2024, UrthTech filed a letter motion with this Court asking it to compel answers to its interrogatories. The letter motion is not in compliance with this Court's rules, which require a letter requesting a conference to discuss a proposed discovery motion before filing such a motion. Therefore, the Court construes the motion as one for a conference and grants the request for a discovery conference. A discovery conference is scheduled for **March 12, 2025 at 12:00 p.m. in Courtroom 17D.** UrthTech shall be prepared to discuss why there is good cause for allowing the interrogatories after the deadline set by the Court as well as the relevance and proportionality of the interrogatories. GoJo also shall be prepared to discuss any prejudice to allowing three contention interrogatories at this point in discovery in light of the

1

Local Rule requiring contention interrogatories to be served at the end of discovery as well as why the interrogatories are disproportionate to the needs of the case in light of the proportionality factors set forth in Federal Rule of Civil Procedure 26(b)(1).

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 114.**

    **SO ORDERED.**

Dated:   February 13, 2025
           New York, New York

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge