# KRITZER MCPHEE

ATTORNEYS AT LAW

256 COLUMBIA TURNPIKE
EDISON SUITE, ROOM 204
FLORHAM PARK, NEW JERSEY 07932
TELEPHONE: (973) 679-7272

---

100 CHURCH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 931-6580

---

800 WEST BROADWAY, SUITE 800
SAN DIEGO, CALIFORNIA 92101
ATELEPHONE: (619) 758-3600

---

March 6, 2025

**Via Electronic Case Filing**

Honorable Katherine M. Parker, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/07/2025

**MEMO ENDORSED**

    Re:    *UrthTech LLC v. GOJO Industries, Inc.*
                Case No. 1:22-cv-06727-PKC-KHP (S.D.N.Y.)

Dear Judge Parker,

    We are local counsel for Defendant GOJO Industries, LLC. We write because counsel will not be able to attend the March 12, 2025 in-person hearing due to other work-related committments out of town. Please accept this letter motion in accordance with Paragraph 1(c) of Your Honor's Individual Practices. The original date of the in-person hearing was March 12, 2025. No previous extension requests have been requested with respect to this in-person conference.

    The undersigned has met and conferred with all counsel in this action and all have consented to briefly postpone the hearing, and all have indicated they can attend an in-person conference during the afternoon of March 20, 2025 if the Court has availability.

    Thank you for your consideration.

                                                                              Very truly yours,

                                                                              *Noam J. Kritzer*

                                                                              Noam J. Kritzer

c: all counsel of record via ECF

CERTIFICATE OF SERVICE

    I, Noam J. Kritzer, hereby certify that on March 6, 2025, I caused a copy of the foregoing Letter Motion re Adjournment of Conference to be electronically filed using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                /s/ Noam J. Kritzer
                                                Noam J. Kritzer

**APPLICATION GRANTED:** The Discovery Conference in this matter scheduled for March 12, 2025 at 12:00 p.m. in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Monday, March 24, 2025 at 3:00 p.m.**

APPLICATION GRANTED

*Katharine H. Parker* (signature)

Hon. Katharine H. Parker, U.S.M.J.

03/07/2025