UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC, | |
| Plaintiff, | POST-CONFERENCE ORDER |
| -against- | 1:22-CV-6727 (PKC) (KHP) |
| GOJO INDUSTRIES, INC., | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2025

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 24, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendant shall respond to Plaintiff's Interrogatories Nos. 10-12 **by April 7, 2025**. Defendant's request to serve its own contention interrogatories is DENIED.

The fact discovery deadline is extended to **May 30, 2025**.

The expert discovery deadline is extended to **August 29, 2025**. Opening expert reports are due **by June 30, 2025**. Rebuttal expert reports are due **by July 28, 2025**.

The parties shall file a letter with the Court indicating their availability in June for a settlement conference **by March 31, 2025**.

The parties shall file a joint status report on discovery on **April 30, 2025**.

    SO ORDERED.

Dated:   March 24, 2025
         New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge