

aalexander@calfee.com
216.622.8634 **Direct**

**Calfee, Halter & Griswold LLP**
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**
Calfee.com

March 31, 2025

*By ECF*

Magistrate Judge Katharine H. Parker
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Case 1:22-cv-06727-PKC *UrthTech LLC et. al v. GOJO Industries, Inc.*—
              Availability for Settlement Conference in June

Dear Judge Parker:

Pursuant to Your Honor's March 24, 2025 Post-Conference Order (ECF No. 130) requesting that the parties provide availability for a settlement conference in June, the parties have conferred and hereby inform the Court that both sides are available on June 23, 24 or 25th, 2025.

   Respectfully submitted,

By: */s/ Michael O. Cummings (by e-mail authorization)*
Michael O. Cummings
Cummings, McClorey, Davis & Acho, P.C.
1185 Avenue of the Americas, 3rd Floor
New Your, NY 10036
T: (212) 547-8817
F: (212) 547-8811
E: mcummings@cmda-law.com

*Counsel for Plaintiff
UrthTech LLC*

By: */s/ Andrew W. Alexander*
John Cipolla (Pro Hac Vice)
Andrew W. Alexander (Pro Hac Vice)
Chet Bonner (Pro Hac Vice)
Nicholas P. Zalany (Pro Hac Vice)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
Telephone: 216-622-8634
Fax: 216-241-0816
jcipolla@calfee.com
aalexander@calfee.com
nzalany@calfee.com
rmmiller@calfee.com

Noam J. Kritzer
KRITZER MCPHEE LLP
256 Columbia Turnpike
Edison Suite, Unit 204

Florham Park, New Jersey 07932
(973) 679-7272
nkritzer@kmpatentlaw.com

Ryan S. McPhee
KRITZER MCPHEE LLP
501 W. Broadway, Suite 800
San Diego, California 92101
(619) 758-3600
rmcphee@kmpatentlaw.com

*Counsel for Defendant*
*GOJO Industries, Inc.*