

Calfee, Halter & Griswold LLP
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**

aalexander@calfee.com
216.622.8634 **Direct**

August 21, 2025

*By ECF*

Honorable P. Kevin Castel, U.S.D.J.
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Application to seal provisionally GRANTED.
SO ORDERED.
Dated: 8/21/25

_____
P. Kevin Castel
United States District Judge

Re:   *UrthTech LLC et. al v. GOJO Industries, Inc*
      **Case 1:22-cv-06727-PKC**

Dear Judge Castel:

    Our firm, along with Kritzer McPhee LLP, represent Defendant GOJO Industries, Inc. ("GOJO") in the above-referenced action. GOJO respectfully moves the Court for an order that the highly-confidential GOJO-created Power Point produced at UrthTech_0012459 and marked as Awad Dep. Ex. 25 be sealed and unavailable on the public docket in each instance in which it was filed, including at ECF 171-10 and at ECF 174-4, wherein it was labelled as Exhibit 6 and constituted Pages 75-124 of that document.

    These documents were recently filed publicly by the Pro Se Intake Unit at the request of proposed intervenor Dr. Aziz Awad. *See* Letters at ECF 171, 174. Dr. Awad had provided this document, along with others, in a zip file, to the Pro Se Intake Unit, with a request to upload them to the docket. However, GOJO never authorized the filing of this document on the public docket.

    When GOJO learned that Dr. Awad had included this document in the zip folder he sent to the Pro Se Intake Unit, GOJO's counsel attempted to reach the Pro Se Intake unit to request that the file not be put on the public docket, but the email bounced. *See* Exhibit A hereto. Counsel for GOJO subsequently requested that Dr. Awad reach out directly to the Pro Se Intake unit to request that it not be filed publicly. *Id.* While it appears that Dr. Awad did make this request, *id.*, the document at issue was ultimately filed publicly and remains on the public docket at Document 171-10, and at Pages 75-124 of ECF 174-4.

    There is ample basis for the relief requested here by GOJO. This Court recently granted GOJO's motion to seal certain high value GOJO information of the type at issue here, *see* ECF 167, and the same rationale for granting that motion applies here. In view of the standard set forth in *Lugosch v. Pyramid Co.*, 435 F.3d 110, 124 (2d Cir. 2006), this request is limited to sealing the document at issue, which is a 50-page Power Point that was created by GOJO and includes certain

higher value information about its products, product testing, and other internal business matters, such as sensitive competitive and strategic analysis. "Notwithstanding the presumption of access under both the common law and the First Amendment, the documents may be kept under seal if 'countervailing factors' in the common law framework or 'higher values' in the First Amendment framework so demand." *Lugosch v. Pyramid Co.*, 435 F.3d 110, 124 (2d Cir. 2006). Indeed, "the presumption of public access can be overcome when the disclosure of information would reveal trade secrets, confidential business strategy, financials, and other sensitive information that could place a party at a competitive disadvantage." *Sterling Select II Advisory LLC v. Argus Info. & Advisory Servs., LLC*, No. 1:23-cv-02939-JPC, 2025 U.S. Dist. LEXIS 38553, at *4 (S.D.N.Y. Feb 27, 2025); *see also GoSmile, Inc. v. Levine*, 769 F. Supp. 2d 630, 649 (S.D.N.Y. 2011) ("When litigation requires disclosure of trade secrets, the court may disclose certain materials only to the attorneys involved."). Under the *Lugosch* standard, the content of this PowerPoint contains the "higher value" necessary to overcome the presumption of public access. Providing public access to these materials would grant significant advantage to GOJO's competitors who do not know or use it.

In view of the foregoing, GOJO respectfully requests that the Court order that the document filed at ECF 171-10 and at Pages 75-124 of ECF 174-4 be sealed and unavailable to the public.

GOJO's counsel is available at the Court's convenience should Your Honor have any questions or wish to discuss these requests. We thank the Court for its consideration and assistance in this matter.

    Respectfully submitted,

    By: */s/ Andrew W. Alexander*
    John Cipolla (Pro Hac Vice)
    Andrew W. Alexander (Pro Hac Vice)
    Chet Bonner (Pro Hac Vice)
    Nicholas Zalany (Pro Hac Vice)
    CALFEE, HALTER & GRISWOLD LLP
    The Calfee Building
    1405 East Sixth Street
    Cleveland, Ohio 44114-1607
    Telephone: 216-622-8634
    Fax: 216-241-0816
    jcipolla@calfee.com
    aalexander@calfee.com
    cbonner@calfee.com
    nzalany@calfee.com

    Noam J. Kritzer
    KRITZER MCPHEE LLP
    256 Columbia Turnpike

Edison Suite, Unit 204
Florham Park, New Jersey 07932
(973) 679-7272
nkritzer@kmpatentlaw.com

Ryan S. McPhee
KRITZER MCPHEE LLP
501 W. Broadway, Suite 800
San Diego, California 92101
(619) 758-3600
rmcphee@kmpatentlaw.com

*Counsel for Defendant*
*GOJO Industries, Inc.*

# EXHIBIT A

# Andrew Alexander

| | |
|---|---|
| **From:** | Aziz Awad <aziz.awad@icloud.com> |
| **Sent:** | Friday, August 8, 2025 5:20 PM |
| **To:** | Andrew Alexander |
| **Cc:** | Michael O. Cummings; John Cipolla; Nicholas Zalany; McPhee; Kritzer; Chet Bonner |
| **Subject:** | Re: Filing of Reply Briefs in UrthTech LLC v. GOJO Industries, Inc., Case No. 1:22-cv-06727-PKC |

Mr. Alexander,

I have emailed the Pro Se Intake Unit to request that the document titled "04-24-25 Awad Dep. Ex. 25" not be uploaded to the public docket, and I have copied you on that message for your records.

For reference, the correct email address for the Pro Se Intake Unit is:

Temporary_Pro_Se_Filing@nysd.uscourts.gov

Please feel free to contact me if you need any additional information.

Best regards,

Aziz


Sent from my iPhone

> On Aug 8, 2025, at 3:42 PM, Andrew Alexander <aalexander@calfee.com> wrote:
>
> Dr. Awad,
>
> It does not appear that I have access to send the Pro Se Intake Unit emails—my previous email bounced. Please promptly confirm that you will notify the Pro Se Intake Unit of GOJO's request below and ensure that your proposed exhibit titled "4-24-25 Awad Dep. Ex. 25" will not be filed on the public docket. This document has been designated confidential under the Court's Protective Order and contains highly sensitive GOJO information.
>
> Regards,
>
> Andy
>
>
> **Andrew W. Alexander**
> *Attorney at Law*

1

aalexander@calfee.com
216.622.8634   **Office**
216.241.0816   **Fax**

**Calfee, Halter & Griswold LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, OH  44114-1607

CALFEE
vCard

Calfee.com  |  **Info@Calfee.com**  |  **888.CALFEE1**

Mansfield Rule
Certified 2023–2024

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

**From:** Andrew Alexander
**Sent:** Friday, August 8, 2025 3:36 PM
**To:** aziz.awad@icloud.com; pro_se@nysd.uscourts.gov; 'Michael O. Cummings' <mcummings@cmda-law.com>; John Cipolla <JCipolla@Calfee.com>; Nicholas Zalany <NZalany@Calfee.com>; 'McPhee' <rmcphee@kmpatentlaw.com>; 'Kritzer' <nkritzer@kmpatentlaw.com>; Chet Bonner <CBonner@Calfee.com>
**Subject:** RE: Filing of Reply Briefs in UrthTech LLC v. GOJO Industries, Inc., Case No. 1:22-cv-06727-PKC

Dear Pro Se Intake Unit,

I am an attorney representing the defendant, GOJO Industries, in *UrthTech LLC v. GOJO Industries, Inc.* It has come to our attention that Mr. Awad's email below provided a link to purported exhibits to Mr. Awad's reply briefs. The proposed exhibit titled "4-24-25 Awad Dep. Ex. 25" is a document that has been marked as Confidential under the Court's protective order and contains highly sensitive, non-public GOJO information that GOJO objects to being publicly filed. It does not appear that any of these exhibits have been filed on the public docket. But to the extent these will be filed, GOJO requests that this document be filed under seal and, if necessary, GOJO be given an opportunity to move to seal, consistent with the Parties' Stipulated Protective Order (attached).

Regards,

Andy

**From:** aziz.awad@icloud.com <aziz.awad@icloud.com>
**Sent:** Monday, August 4, 2025 11:41 PM
**To:** pro_se@nysd.uscourts.gov; Andrew Alexander <AAlexander@Calfee.com>; 'Michael O. Cummings' <mcummings@cmda-law.com>; John Cipolla <JCipolla@Calfee.com>; Nicholas Zalany <NZalany@Calfee.com>; 'McPhee' <rmcphee@kmpatentlaw.com>; 'Kritzer' <nkritzer@kmpatentlaw.com>
**Subject:** Filing of Reply Briefs in UrthTech LLC v. GOJO Industries, Inc., Case No. 1:22-cv-06727-PKC

Dear Pro Se Intake Unit,

Please accept this email as a request to file the attached documents in the matter of *UrthTech LLC v. GOJO Industries, Inc.*, Case No. 1:22-cv-06727-PKC, before the Honorable P. Kevin Castel.

I am the pro se movant, Dr. Aziz C. Awad, and I am submitting my replies to the oppositions filed by Defendant GOJO Industries, Inc. and Plaintiff UrthTech LLC concerning my Motion to Intervene.

The documents attached for filing are:

1. **Reply Memorandum of Law in Support of Motion to Intervene** (In response to Defendant GOJO Industries, Inc.'s Opposition)
2. **Reply Memorandum of Law in Support of Motion to Intervene** (In response to Plaintiff UrthTech LLC's Opposition)
3. **Declaration of Dr. Aziz C. Awad in Support of Reply Brief for Motion to Intervene** (referenced as Awad Reply Brief Exhibit A in both reply briefs)
4. Exhibits to the Declaration, attached as separate PDFs. Please open this link: [Exhibits_Awad- Reply of Memorandum-08-04-25.zip](#)

Thank you for your assistance in this matter. Please let me know if you require any further information.

Sincerely,

**Dr. Aziz C. Awad**
Pro Se Movant
8131 Parkside Drive Westland,
MI 48185
Phone: (248) 320-0650
Email: [aziz.awad@icloud.com](mailto:aziz.awad@icloud.com)

3