```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URTHTECH LLC,

                Plaintiff,

    -against-

GOJO INDUSTRIES, INC.,

                Defendant.

**POST-CONFERENCE ORDER**

1:22-CV-6727 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On September 8, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

Defendant's Motion to Compel under Federal Rule of Civil Procedure ("Rule") 37 is due **by October 3, 2025**. The opposition is due **by October 24, 2025**. There shall be no reply.

Defendant's Motion for Sanctions under Rule 11 is due **by December 12, 2025**. The opposition is due **by January 9, 2026**. The reply is due **by January 23, 2026**.

No pre-motion letter is required as discussed at the conference.

    **SO ORDERED.**

Dated:   September 9, 2025
            New York, New York

                                                              KATHARINE H. PARKER
                                                               United States Magistrate Judge