

aalexander@calfee.com
216.622.8634 **Direct**

**Calfee, Halter & Griswold LLP**
Attorneys at Law

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114-1607
216.622.8200 **Phone**

September 12, 2025

*By ECF*

Magistrate Judge Katharine H. Parker
United States District Court for the
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2025

APPLICATION GRANTED
*[signature]* 9/15/2025
Hon. Katharine H. Parker, U.S.M.J.

Re:   Case 1:22-cv-06727-PKC *UrthTech LLC et. al v. GOJO Industries, Inc. - Joint Request for Modification of Briefing Schedule for Motion for Spoliation Sanctions*

Dear Judge Parker:

Plaintiff UrthTech, LLC ("UrthTech") and Defendant GOJO Industries, Inc. ("GOJO"), submit this joint letter requesting a modification of the briefing schedule regarding GOJO's Motion for Spoliation Sanctions.

Your Honor's September 9, 2025 Post-Conference Order (ECF 185) stated that "Defendant's Motion to Compel[1] under Federal Rule of Civil Procedure ("Rule") 37 is due by **October 3, 2025.** The Opposition is due by **October 24, 2025**." The parties jointly propose that the schedule be modified as follows:

- Motion for Spoliation Sanctions due by: September 12, 2025
- Opposition due by: October 3, 2025

The parties thank Your Honor for addressing this request.

---

[1] The parties are of the understanding that this reference to "Motion to Compel" corresponds to the Motion for Spoliation Sanctions that GOJO indicated that it would be filing during the September 8, 2025 case management conference.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: */s/Michael O. Cummings (by e-mail authority dated 9/12/25)* <br> Michael O. Cummings <br> Cummings, McClorey, Davis & Acho, P.C. <br> 1185 Avenue of the Americas, 3rd Floor <br> New Your, NY 10036 <br> T: (212) 547-8817 <br> F: (212) 547-8811 <br> *Counsel for Plaintiff UrthTech, LLC* | By: */s/Andrew W. Alexander* <br> John Cipolla (Pro Hac Vice) <br> Andrew W. Alexander (Pro Hac Vice) <br> Chet Bonner (Pro Hac Vice) <br> Nicholas Zalany (Pro Hac Vice) <br> CALFEE, HALTER & GRISWOLD LLP <br> The Calfee Building <br> 1405 East Sixth Street <br> Cleveland, Ohio 44114-1607 <br> Telephone: 216-622-8634 <br> Fax: 216-241-0816 <br> jcipolla@calfee.com <br> aalexander@calfee.com <br> cbonner@calfee.com <br> nzalany@calfee.com <br><br> Noam J. Kritzer <br> KRITZER MCPHEE LLP <br> 256 Columbia Turnpike <br> Edison Suite, Unit 204 <br> Florham Park, New Jersey 07932 <br> (973) 679-7272 <br> nkritzer@kmpatentlaw.com <br><br> Ryan S. McPhee <br> KRITZER MCPHEE LLP <br> 501 W. Broadway, Suite 800 <br> San Diego, California 92101 <br> (619) 758-3600 <br> rmcphee@kmpatentlaw.com <br><br> *Counsel for Defendant GOJO Industries, Inc.* |