UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2025
```

URTHTECH LLC,

                Plaintiff,

-against-

GOJO INDUSTRIES, INC.,

                Defendant.

<u>ORDER ON MOTION TO SEAL</u>

1:22-CV-6727 (PKC) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On August 11, 2025, Third-Party Dr. Aziz C. Awad filed a Letter Motion requesting to file a deposition exhibit titled "04-24-25 Awad Dep. Ex. 25" under seal.  (ECF No. 169)  Dr. Awad references Defendant's statement in support of his sealing request, which notes that the document "contains highly sensitive information regarding [Defendant's] business, including internal market analysis, product analysis, strategy, and developmental planning."  (*Id.*)  Dr. Awad further argues that sealing is appropriate because "the exhibit is not central to public issues in the case."  (*Id.*)  Dr. Awad separately filed the document it seeks to file under seal.  (ECF No. 170)

      The Court has reviewed Dr. Awad's filing and finds that the proposed document to be filed under seal narrowly tailored to protect sensitive business information and is consistent with the *Lugosch* standard.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (finding that courts may grant motions to seal where the parties make "specific, on the record findings . . . demonstrating that closure is essential to preserve higher values and [sealing] is narrowly tailored to serve that interest").  Therefore, Dr. Awad's Letter Motion to Seal is GRANTED.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 169.**

**Further, the Clerk of Court is also directed to keep the document at ECF No. 170 under seal.**

**SO ORDERED.**

Dated: September 22, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge