UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| URTHTECH LLC,<br><br>    Plaintiff,<br><br>-against-<br><br>GOJO INDUSTRIES, INC.,<br><br>    Defendant. | **SCHEDULING ORDER**<br>22-CV-6727 (PKC) (KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On November 4, 2025 the Parties filed a joint letter proposing to amend the schedule for the anticipated Rule 11 briefing. (ECF No. 217) That request is GRANTED. The briefing schedule is amended as follows:

The Motion for Rule 11 Sanctions is now due by **November 4, 2025**, Opposition is now due by **December 2, 2025**, and Reply, if any, is now due by **December 16, 2025**.

**SO ORDERED.**

Dated:   November 5, 2025
         New York, New York

                                        KATHARINE H. PARKER
                                        United States Magistrate Judge