UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2025
```

URTHTECH LLC,

                Plaintiff,

-against-

GOJO INDUSTRIES, INC.,

                Defendant.

22-CV-6727 (PKC) (KHP)

ORDER

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 19, 2025, Plaintiff filed a Letter requesting an adjournment of the Settlement Conference currently scheduled for December 3, 2025. (ECF No. 220)  That request is DENIED.  Instead, the Court requests a Status Letter from Plaintiff by **December 1, 2025,** updating the Court as to whether an agreement has been reached amongst UrthTech, LLC's ("UrthTech") members.  If Plaintiff still finds that a Settlement Conference would be futile by that date, Plaintiff is instructed to refile a request for an adjournment.  The Court strongly urges the parties to find common ground such that settlement discussions would be fruitful.

      Further, the Court construes the third paragraph of Plaintiff's letter as a request for leave to file a motion to stay discovery.  That request is DENIED.  An internal deadlock amongst UrthTech's members does not constitute good cause for a stay within the meaning of Rule 26 of the Federal Rules of Civil Procedure.

      Finally, upon the completion of Expert Discovery, which is currently scheduled for March 18, 2026, the parties are reminded to follow Judge Castel's Individual Practices in Civil Cases for any anticipated motions for summary judgment.

**SO ORDERED.**

Dated:   November 21, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge