Dr. Aziz C. Awad
8131 Parkside Drive
Westland, MI 48185
Phone: (248) 320-0650
aziz.awad@icloud.com

Via Pro Se Intake Email

United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

December 04, 2025

The Honorable P. Kevin Castel
United States District Judge

**Re:** UrthTech LLC v. GOJO Industries, Inc., No. 1:22-cv-06727-PKC-KHP
Withdrawal of Renewed Motion for Limited Intervention (ECF No. 223)

Dear Judge Castel:

I am the Co-Manager of Plaintiff UrthTech LLC and the Proposed Intervenor in this action. I respectfully submit this letter to withdraw my Renewed Motion for Limited Intervention pursuant to Federal Rules of Civil Procedure 24(a)(2), 24(b), and 60(b)(6) (ECF No. 223).

Following the settlement conference held on December 3, 2025, my partners at UrthTech, who have funded the company, assured me that they are committed to aggressively pursuing the case with whatever resources are necessary to reach a trial. This aligns with my original objective in seeking intervention, which was to protect my interests and advance the litigation toward a full adjudication on the merits.

As we are now on the same page with shared objectives, there is no longer a need for me to intervene to protect those interests separately.

Accordingly, I respectfully withdraw my Renewed Motion for Limited Intervention and look forward to moving forward with the case.

*[Handwritten annotation:]* Leave to withdraw Motion at ECF 223 to granted and the motion should be terminated. SO ORDERED. [signature] USDJ 12-9-25

Thank you for your attention to this matter.

Respectfully submitted,

*A. Awad*

Dr. Aziz C. Awad

Pro Se Litigant

cc: Hon. Katharine H. Parker
    Counsel for GOJO Industries, Inc. and UrthTech