```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

URTHTECH LLC,

               Plaintiff,

    -against-

GOJO INDUSTRIES, INC.,

               Defendant.

22-CV-6727 (PKC) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 10, 2025, Plaintiff filed a letter requesting a fourteen-day extension to the deadlines for expert discovery.  (ECF No. 230)  Defendant does not oppose the extension.  Plaintiff's request is GRANTED.  This will be the final extension to the discovery schedule absent good cause.  The expert discovery schedule is modified as follows:

Opening expert reports will be due by **January 31, 2026**.  Rebuttal expert reports will be due by **March 2, 2026**.  Expert discovery must be complete by **April 1, 2026**.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 230.**

SO ORDERED.

Dated:   December 11, 2025
            New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge