UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___04/27/2026
```

| | |
|---|---|
| URTHTECH LLC, | |
| Plaintiff, | **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| -against- | |
| GOJO INDUSTRIES, INC., | **1:22-CV-6727 (PKC) (KHP)** |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Case Management Conference in this matter to discuss what the court construes as a motion for a conference to discuss the issue raised in GOJO's letter dated 3/26/2026, and the proposed protective order precluding supplementation of Plaintiff's trade secrets is hereby scheduled for **Thursday, April 30, 2026, at 11:00 a.m.** Counsel for the parties are directed to call Judge Parker's teleconference line at the scheduled time. **Please dial (646) 453-4442; ID 799 503 132.**

**SO ORDERED.**

Dated:    April 27, 2026
            New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge