UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2026
```

| | |
|---|---|
| URTHTECH LLC, | |
| Plaintiff, | **POST-CONFERENCE ORDER** |
| -against- | **1:22-CV-6727 (PKC) (KHP)** |
| GOJO INDUSTRIES, INC., | |
| Defendant. | |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 30, 2026, the parties appeared before the undersigned for a telephonic case management conference.  As discussed at the conference and set forth below:

Defendant's Motion to Strike Under Federal Rules of Civil Procedure ("Rule") 26 and 37 is due **by May 14, 2026**.  The opposition is due **by May 28, 2026**.  The reply is due **by June 4, 2026**.

          **SO ORDERED.**

Dated:    April 30, 2026
          New York, New York

_____
          KATHARINE H. PARKER
          United States Magistrate Judge